IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JARED CHARLAP,

                Plaintiff,                20cv0642
                                                LEAD CASE

                    v.

SUNBEAM PRODUCTS, INC.,

                Defendant.

JARED CHARLAP,

                Plaintiff,                20cv0643
                                                MEMBER CASE

                    v.

3BTECH, INC. d/b/a TURBOLOCK,

                Defendant.

ERNEST MCCULLOUGH and JARED
CHARLAP,

                                    20cv0644
                Plaintiffs,                MEMBER CASE

                    v.

SOUND UNITED, LLC, d/b/a DENON,

                Defendants.

HOLGER FIALLO and JARED CHARLAP,

                Plaintiffs,                20cv0645
                                                  MEMBER CASE
                    v.

HESTAN SMART COOKING INC.,

                Defendant.

JARED CHARLAP,

                Plaintiff,                          20cv0654
                                                                MEMBER CASE

                        v.

VIZIO INTERNATIONAL HOLDINGS,
LLC,

                Defendant.

---

JARED CHARLAP,

                Plaintiff,                          20cv0655
                                                                 MEMBER CASE

                        v.

ONKYO U.S.A. CORPORATION,

                Defendant.

---

ANTOINETTE SUCHENKO,
JARED CHARLAP,

                                      20cv0665
                Plaintiffs,                        MEMBER CASE

                        v.

VITAL PHARMACEUTICALS, INC.
*doing business as* VPX SPORTS *doing
business as* BANG ENERGY,

                Defendant.

---

IAN FOLEY *and* JARED CHARLAP,

                Plaintiffs,                     20cv0666
                                                    MEMBER CASE

                       v.

GLANBIA PERFORMANCE NUTRITION
(MANUFACTURING), INC *doing business
as* OPTIMUM NUTRITION,

                Defendant.

---

IAN FOLEY, TOM BROWN,

                Plaintiffs,                     20cv0667
                                                    MEMBER CASE

                       v.

PAWW, LLC,

                Defendant.

---

TOM BROWN, SOFIA MONTANO,

                Plaintiffs,                     20cv0668
                                                    MEMBER CASE

                       v.

1ST PHORM INTERNATIONAL, LLC,

                Defendant.

---

ERNEST MCCULLOUGH and
JARED CHARLAP,
                Plaintiff,                      20cv0675
                                                MEMBER CASE

                       v.

CYTOSPORT INC. *doing business as*
MUSCLE MILK,
                 Defendant.

JARED CHARLAP,

        Plaintiff,

             v.

NEW MOOSEJAW, LLC,

        Defendant.

20cv0679
MEMBER CASE

---

JARED CHARLAP,

        Plaintiff,

             v.

MOLEKULE, INC.,

        Defendant.

20cv0687
MEMBER CASE

---

ANTOINETTE SUCHENKO,
KAREN CLARK,

        Plaintiffs,

             v.

AUGUST HOME, INC.,

        Defendant

1:20cv0098
MEMBER CASE

---

PARADISE MORGAN, KAREN CLARK,

        Plaintiffs,

             v.

BEHMOR INC.,

        Defendant

1:20cv0099
MEMBER CASE

KAREN CLARK,

       Plaintiff,                  20cv0103 Erie
MEMBER CASE

          v.

CAVENDER'S OUT OF STATE STORES
LTD,

       Defendant.

---

JOSEPH KOVACH *and* KAREN CLARK,

       Plaintiffs,              20cv0104 Erie
MEMBER CASE

          v.

MUSCLEPHARM CORPORATION,

       Defendant.

---

KAREN CLARK,

       Plaintiff,                  20cv0105 Erie
MEMBER CASE

          v.

BELLACOR.COM, INC.,

       Defendant.

---

MARK GROSS, KAREN CLARK,

       Plaintiffs,              20cv0106 Erie
MEMBER CASE

          v.

BREVILLE USA, INC.

       Defendant.

---

KAREN CLARK,

Plaintiff,                                  20cv0108 Erie
                                            MEMBER CASE

      v.

GRAETER'S ICE CREAM CO.,

      Defendant.

KAREN CLARK,

Plaintiff,                                  20cv0109 Erie
                                            MEMBER CASE

      v.

LUCCHESE, INC.,

      Defendant.

KAREN CLARK,

Plaintiff,                                  20cv0110 Erie
                                            MEMBER CASE

      v.

GRAVITY PRODUCTS, LLC,

      Defendant.

## CONSOLIDATION ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1.      Civil Action Nos. 20-643, 20-644, 20-645, 20-654, 20-655, 20-665, 20-666, 20-667, 20-668, 20-675, 20-679, 20-687,  20-98 Erie, 20-99 Erie, 20-103 Erie, 20-104 Erie, 20-105, 20-106 Erie, 20-108 Erie, 20-109 Erie and 20-110 Erie are hereby consolidated with **Civil Action No. 20-642**, the lead case as captioned above.

1.      All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 20-642**.

2.      The Clerk of Court shall **close** Civil Action Nos. 20-643, 20-644, 20-645, 20-654, 20-655, 20-665, 20-666, 20-667, 20-668, 20-675, 20-679, 20-687,  20-98 Erie, 20-99 Erie, 20-103 Erie, 20-104 Erie, 20-105, 20-106 Erie, 20-108 Erie, 20-109 Erie and 20-110 Erie.

**SO ORDERED** this 14th day of May, 2020.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge